Sharestates Invs., LLC v 2774 Atl. Ave, LLC (2025 NY Slip Op 04267)

Sharestates Invs., LLC v 2774 Atl. Ave, LLC

2025 NY Slip Op 04267

Decided on July 23, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
VALERIE BRATHWAITE NELSON
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA, JJ.

2022-10174 
2022-10176
 (Index No. 525891/19)

[*1]Sharestates Investments, LLC, etc., respondent,
v
2774 Atlantic Ave, LLC, et al., appellants, et al., defendants.

Rosenberg Fortuna & Laitman, LLP, Garden City, NY, for appellants.
McMichael Taylor Gray, LLC, Saratoga Springs, NY (Dana M. Carrera of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendants 2774 Atlantic Ave, LLC, Joel Rolnitzky, 2774 Atlantic Ave JBH, LLC, sued herein as 2774 Atlantic Ave J8H, LLC, Five Unit Homes, LLC, and Diros Marketing Corp. appeal from two orders of the Supreme Court, Kings County (Lawrence Knipel, J.), both dated October 12, 2022. The first order, insofar as appealed from, granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against those defendants, to strike the answer of those defendants, and for an order of reference. The second order, insofar as appealed from, granted the same relief to the plaintiff, struck the answer of those defendants, and appointed a referee to compute the amount due on the note.
ORDERED that the appeals are dismissed, without costs or disbursements.
The appeals from the orders must be dismissed because the right of direct appeal therefrom terminated with the entry of the order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). Contrary to the plaintiff's contention, the issues raised on the appeals from the orders are brought up for review and are considered on the appeal from the order and judgment of foreclosure and sale (Sharestates Investments, LLC v 2774 Atlantic Ave, LLC, _____ AD3d _____ [Appellate Division Docket Nos. 2023-06189, 2023-06191; decided herewith]; see CPLR 5501[a][1]; Matter of Aho, 39 NY2d at 248; Nationstar Mortgage, LLC v Medina, 230 AD3d 1330, 1330-1331; cf. Bonczar v American Multi-Cinema, Inc., 38 NY3d 1023, 1025-1026).
GENOVESI, J.P., BRATHWAITE NELSON, VOUTSINAS and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court